AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; MANASOTA-88, INC; PEOPLE FOR PROTECTING PEACE RIVER, and SUNCOAST WATERKEEPER <br><br> *Plaintiff(s)* <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS; LT. GEN. TODD T. SEMONITE; COL. JASON A. KIRK;  U.S. DEPT. OF THE INTERIOR; RYAN ZINKE; U.S. FISH AND WILDLIFE SERVICE; and JIM KURTH <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 8:17 cv 618 T 23 MAP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

U.S. Army Corps of Engineers
441 G Street NW
Washington, DC 20314-1000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jaclyn Lopez
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAR 1 5 2017

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; MANASOTA-88, INC; PEOPLE FOR PROTECTING PEACE RIVER, and SUNCOAST WATERKEEPER<br>*Plaintiff(s)*<br>v.<br>U.S. ARMY CORPS OF ENGINEERS, LT. GEN. TODD T. SEMONITE, COL. JASON A. KIRK,  U.S. DEPT. OF THE INTERIOR, RYAN ZINKE, U.S. FISH AND WILDLIFE SERVICE, and JIM KURTH<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 8:17 cv 618 T 23 MAP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    William Muldrow, Acting U.S. Attorney
U.S. Attorney's Office
400 North Tampa Street
Suite 3200
Tampa, FL 33602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jaclyn Lopez
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAR 1 5 2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; MANASOTA-88, INC; PEOPLE FOR PROTECTING PEACE RIVER, and SUNCOAST WATERKEEPER | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No. 8:17 cv 618 T 23 MAP |
| v. | ) ) | |
| U.S. ARMY CORPS OF ENGINEERS; LT. GEN. TODD T. SEMONITE; COL. JASON A. KIRK;  U.S. DEPT. OF THE INTERIOR; RYAN ZINKE; U.S. FISH AND WILDLIFE SERVICE; and JIM KURTH | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
            Jeff Sessions, Attorney General
            U.S. Department of Justice
            950 Pennsylvania Avenue, NW
            Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            Jaclyn Lopez
            Center for Biological Diversity
            P.O. Box 2155
            St. Petersburg, FL 33731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **MAR 1 5 2017**

            *Signature of Clerk or Deputy Clerk*