**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

---

CENTER FOR BIOLOGICAL DIVERSITY; MANASOTA-88; PEOPLE FOR PROTECTING PEACE RIVER; and SUNCOAST WATERKEEPER,

Plaintiffs,

v. **Case No. 8:17-cv-00618-SDM**

U.S. ARMY CORPS OF ENGINEERS; LT. GEN. TODD T. SEMONITE, in his official capacity as Commanding General and Chief of Engineers of the U.S. Army Corps of Engineers; COL. JASON A. KIRK, in his official capacity as District Commander of the U.S. Army Corps of Engineers; U.S. DEPARTMENT OF THE INTERIOR; RYAN ZINKE, in his official capacity as Secretary of the U.S. Department of Interior; U.S. FISH AND WILDLIFE SERVICE; and JIM KURTH, in his official capacity as Acting Director of U.S. Fish and Wildlife Service,

Defendants.

---

## MOVANT-INTERVENOR MOSAIC FERTILIZER, LLC'S CORPORATE DISCLOSURE STATEMENT

Movant-Intervenor Mosaic Fertilizer, LLC ("Mosaic") provides this disclosure in compliance with Federal Rule of Civil Procedure 7.1. The disclosure is as follows:

Mosaic Fertilizer, LLC is a wholly-owned subsidiary of the Mosaic Company.

Mosaic is aware of its continuing duty of disclosure pursuant to Federal Rule of

Civil Procedure 7.1 and will provide a timely supplement to this disclosure in the event that it learns of facts requiring such supplementation.

March 17, 2017

/s/Jamie Zysk Isani

Jamie Zysk Isani (Fla. Bar No. 728861)
jisani@hunton.com
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: (305) 810-2500

*Trial Counsel for Movant-Intervenor Mosaic Fertilizer, LLC*

George P. Sibley, III (Va. Bar No. 48773)*
gsibley@hunton.com
Jonathan L. Caulder (Va. Bar No. 89062)*
jcaulder@hunton.com
HUNTON & WILLIAMS LLP
951 E. Byrd St.
Richmond, VA 23221
Telephone: 804-788-8200

Deidre G. Duncan (D.C. Bar No. 461548)*
dduncan@hunton.com
Andrew J. Turner (D.C. Bar No. 471179)*
aturner@hunton.com
Kerry L. McGrath (D.C. Bar No. 997277)*
kmcgrath@hunton.com
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone: (202) 955-1500

*Counsel for Movant-Intervenor Mosaic Fertilizer, LLC*

*Motion for Special Admission Pending

**CERTIFICATE OF SERVICE**

I hereby certifying that on the 17th day of March, 2017, I electronically filed the foregoing Intervenor Mosaic Fertilizer, LLC's Corporate Disclosure Statement with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/Jamie Zysk Isani
Jamie Zysk Isani