**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa Division**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | )<br>)<br>) |
| *Plaintiffs,* | ) Civil No: 8:17-cv-00618-SDM-MAP |
| v. | )<br>) |
| U.S. ARMY CORPS OF ENGINEERS, et al., | )<br>) |
| *Defendants,* | ) |
| and | ) |
| MOSAIC FERTILIZER, LLC, | ) |
| *Intervenor-Defendant Applicant* | ) |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Plaintiffs Center for Biological Diversity; ManaSota-88, Inc.; People for Protecting Peace River; and Suncoast Waterkeeper hereby disclose the following pursuant to this Court's interested persons order:

1.  The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10 percent or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a.    Plaintiffs in this matter are the Center for Biological Diversity; ManaSota-88, Inc.; People for Protecting Peace River; and Suncoast Waterkeeper. All Plaintiffs are non-profit organizations that have no parent companies, subsidiaries, or affiliates that hold any shares in the Plaintiff organizations. No publicly-traded corporation owns ten percent or more of any shares in any of the Plaintiff organizations.

    b.    Plaintiffs' attorneys in this case are Jaclyn Lopez, Hannah M.M. Connor, Elise Pautler Bennett, and John Peter Rose, all employed with the Center for Biological Diversity.

    c.    The Defendants in this matter are as follows: the U.S. Army Corps of Engineers; Lt. Gen. Todd T. Semonite, in his official capacity as Commanding General and Chief of Engineers of the U.S. Army Corps of Engineers; Col. Jason A. Kirk, in his official capacity as District Commander of the U.S. Army Corps of Engineers; U.S. Department of Interior; Ryan Zinke, in his official capacity as Secretary of the U.S. Department of Interior; U.S. Fish and Wildlife Service; and Jim Kurth, in his official capacity as Acting Director of the U.S. Fish and Wildlife Service.

    d.    No attorney has yet made an appearance of behalf of Defendants, thus Defendants' counsel is unknown to Plaintiffs at this time.

    e.    Intervenor-Defendant Applicant is Mosaic Fertilizer, LLC.

    f.  Intervenor-Defendant Applicant is represented by Jamie Zysk Isani, Deidre G. Duncan, Andrew J. Turner, George P. Sibley, Kerry L. McGrath, and Jonathan L. Caulder, all of Hunton & Williams, LLP.

  2.  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    Defendant-Intervenor Applicant Mosaic Fertilizer is a subsidiary of Mosaic Company, a publicly-traded corporation.

  3.  The name of every other entity that is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

  None.

  4.  The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

  None.

  I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and I will immediately notify the Court in writing on learning of any such conflict.

Dated: March 23, 2017        Respectfully submitted,

                  */s/ Jaclyn Lopez*
                  JACLYN LOPEZ, Trial Counsel

FL Bar No. 96445
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731
Tel: (727) 490-9190
Fax: (520) 623-9797
jlopez@biologicaldiversity.org

  */s/ Hannah M.M. Connor*
HANNAH M.M. CONNOR
FL Bar No. 125378
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731
Tel: (202) 681-1676
Fax: (520) 623-9797
hconnor@biologicaldiversity.org

  */s/ Elise Pautler Bennett*
ELISE PAUTLER BENNETT
FL Bar No. 106573
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731
Tel: (727) 755-6950
Fax: (520) 623-9797
ebennett@biologicaldiversity.org

  */s/ John Peter Rose*
JOHN PETER ROSE, *pro hac vice*
CA Bar No. 285819
Center for Biological Diversity
1212 Broadway, Suite #800
Oakland, CA 94612
Tel: (510) 844-7100
Fax: (510) 844-7150
jrose@biologicaldiversity.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of March, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                                                          */s/ Jaclyn Lopez*
                                                           Jaclyn Lopez