**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa Division**

| | |
|---|---|
| _____ ) | |
| CENTER FOR BIOLOGICAL DIVERSITY, ) | |
| *et al.*, ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | Civil No: 8:17-cv-618-SDM-MAP |
| ) | |
| U.S. ARMY CORPS OF ENGINEERS, *et al.*, ) | |
| ) | |
| *Defendants,* ) | |
| ) | |
| and ) | |
| ) | |
| MOSAIC FERTILIZER, LLC, ) | |
| ) | |
| *Intervenor-Defendant.* ) | |
| _____ ) | |

## SECOND DECLARATION OF THUONG N. DANG

I, Thuong N. Dang, declare as follows:

1.      The facts set forth in this declaration are based on my personal knowledge and if called as a witness, I could and would competently testify to those facts under oath. As to those matters that reflect a matter of opinion, they reflect my personal opinion and judgment upon the matter.

2.      I have been a member of Suncoast Waterkeeper since 2016, and I rely on it to keep me informed and to represent my interests in conservation.

3.      I previously submitted a declaration dated June 28, 2017 in support of Plaintiffs' standing in this case (Doc. 61-14). In paragraph 2 of that document, I inadvertently

misstated that "I have been the Suncoast Waterkeeper since 2016."  I intended to state that "I have been a member of Suncoast Waterkeeper since 2016." Otherwise, the facts stated in that declaration remain accurate.

I declare under penalty of perjury that the foregoing is true and correct and was executed on July 5, 2017, in Sarasota, Florida.

Thuong Dang